UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENAN ORTEGA COMELLI,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTWOOD COLLEGE, a business entity, form unknown; JAMIE POWESKA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: 2:17−cv−06641 JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS-6** |

    The unopposed Petition by Defendant Virginia College, LLC dba Brightwood College – North Hollywood (erroneously named as "Brightwood College") ("Defendant") to confirm the Final Arbitration Award dated May 2, 2019 ("Award"), was granted in this action. Therefore, the Award is **CONFIRMED** and Judgment is entered in favor of Defendant and against Plaintiff Quenan Ortega Comelli ("Plaintiff"). Plaintiff's claims are **DISMISSED**

1

**WITH PREJUDICE**. As provided in the Award, Defendant may recover from Plaintiff costs in the amount of $8,739.59.

IT IS SO ORDERED.

Dated: September 5, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE